OLIVER Q. DUNLAP (CA Bar No. 225566)
KING & SPALDING LLP
101 Second St., Suite 2300
San Francisco, CA 94105
E-mail: odunlap@kslaw.com
Telephone: (415) 318-1271
Facsimile: (415) 318-1300

*Of Counsel*
KEVIN R. SULLIVAN
MICHAEL J. CIATTI
PATRICIA L. MAHER
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006-4706
E-mail: ksullivan@kslaw.com
E-mail: mciatti@kslaw.com
E-mail: pmaher@kslaw.com
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KINSELL, NEWCOMB & DE DIOS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A., et al.,**<br><br>Defendants. | **Case No. 3:11-cv-00994-JAH-WMC**<br><br>**NOTICE OF FILING WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION REGARDING MDL 1950** |

Please take notice that defendant Bank of America, N.A. ("Bank of America), by and through its undersigned attorneys, has filed a motion to transfer the above-captioned case to the *In re: Municipal Derivatives Antitrust Litig.*, MDL Docket No. 1950, Master Docket No. 08-2516 (S.D.N.Y.) ("the MDL"), and to coordinate or consolidate the case for pretrial proceedings

1

under 28 U.S.C. § 1407.  Pursuant to Rule 6.2(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Bank of America hereby files with the Court copies of the following motion and supporting papers filed with the Judicial Panel on Multidistrict Litigation, served on all parties via the Case Management/Electronic Case Filing (CM/ECF) system, and appended hereto:

1. **Motion for Transfer of Related Action**
2. **Memorandum in Support of Motion for Transfer of Related Action**
3. **Schedule of Actions**
4. **Proof of Service**

DATED: May 26, 2011

KING & SPALDING LLP

By: *s/ Oliver Q. Dunlap*
    OLIVER Q. DUNLAP
101 Second St., Suite 2300
San Francisco, CA 94105
E-mail: odunlap@kslaw.com
Telephone:  (415) 318-1271
Facsimile:  (415) 318-1300
    CA Bar No. 225566

*Of Counsel*
KEVIN R. SULLIVAN
MICHAEL J. CIATTI
PATRICIA L. MAHER
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006-4706
E-mail: ksullivan@kslaw.com
E-mail: mciatti@kslaw.com
E-mail: pmaher@kslaw.com
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737

Attorneys for Defendant
BANK OF AMERICA, N.A.

# CERTIFICATE OF SERVICE

I, Oliver Q. Dunlap, hereby certify that on May 26, 2011, a true and correct copy of the following:

**NOTICE OF FILING WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION REGARDING MDL 1950**

was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for plaintiff, David E. Nemeth, Jr., WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P., 2040 Main Street - Suite 300, Irvine, California, 92614. Pursuant to CivLR 5.4, this notification constitutes service on the above-named party.

DATED: May 26, 2011                            KING & SPALDING LLP

By: */s/ Oliver Q. Dunlap*
OLIVER Q. DUNLAP
101 Second St., Suite 2300
San Francisco, CA 94105
E-mail: odunlap@kslaw.com
Telephone: (415) 318-1271
Facsimile: (415) 318-1300
CA Bar No. 225566

Of Counsel
KEVIN R. SULLIVAN
MICHAEL J. CIATTI
PATRICIA L. MAHER
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006-4706
E-mail: ksullivan@kslaw.com
E-mail: mciatti@kslaw.com
E-mail: pmaher@kslaw.com
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Attorneys for Defendant
BANK OF AMERICA, N.A.

1
NOTICE OF FILING                                                            11cv0994