OLIVER Q. DUNLAP (SBN: 225566)
KING & SPALDING LLP
101 Second St., Suite 2300
San Francisco, CA 94105
E-mail: odunlap@kslaw.com
Telephone: (415) 318-1271
Facsimile: (415) 318-1300

*Of Counsel*
MICHAEL J. CIATTI
PATRICIA L. MAHER
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006-4706
E-mail: mciatti@kslaw.com
E-mail: pmaher@kslaw.com
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSELL, NEWCOMB & DE DIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | **Case No. 3:11-cv-00994-JAH-WMC** <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS BY BANK OF AMERICA, N.A.** <br><br> Hearing Date: September 6, 2011 <br> Time: 2:30 p.m. <br> Courtroom 11 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 6, 2011, at 2:30 p.m., in Courtroom 11 of the United States District Court, Southern District of California, located at 940 Front Street, San Diego, CA 92101, defendant Bank Of America, N.A. through its undersigned counsel will, and hereby does, move

the Court under Fed.R.Civ.P. 12(b)(6) for dismissal of the complaint in this action for failure to state a claim upon which relief can be granted.  The grounds in support of this motion are set forth more fully in the accompanying Memorandum of Law.  Bank of America respectfully requests that the court enter an order of the form submitted herewith, dismissing all counts of the Complaint for failure to state a claim on which relief can be granted.

Respectfully submitted,

DATED: June 6, 2011

KING & SPALDING LLP

By: *s/ Oliver Q. Dunlap*
    OLIVER Q. DUNLAP
101 Second St., Suite 2300
San Francisco, CA 94105
E-mail: odunlap@kslaw.com
Telephone:  (415) 318-1271
Facsimile:  (415) 318-1300
    CA Bar No. 225566

Attorneys for Defendant
BANK OF AMERICA, N.A.

NOTICE OF MOTION AND MOTION TO DISMISS        CASE NO. 11CV00994