OLIVER Q. DUNLAP (SBN: 225566)
KING & SPALDING LLP
101 Second St., Suite 2300
San Francisco, CA 94105
E-mail: odunlap@kslaw.com
Telephone: (415) 318-1271
Facsimile: (415) 318-1300

*Of Counsel*
MICHAEL J. CIATTI
PATRICIA L. MAHER
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006-4706
E-mail: mciatti@kslaw.com
E-mail: pmaher@kslaw.com
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSELL, NEWCOMB & DE DIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | Case No. 3:11-cv-00994-JAH-WMC <br><br> **PROOF OF SERVICE FOR MOTION TO DISMISS BY BANK OF AMERICA, N.A.** <br><br> Hearing Date:  September 6, 2011 <br> Time: 2:30 p.m. <br> Courtroom 11 |

I, Oliver Q. Dunlap, hereby certify that on June 6, 2011, a true and correct copy of the following:

- NOTICE OF MOTION AND MOTION TO DISMISS BY BANK OF AMERICA, N.A.

1

PROOF OF SERVICE                                                                                                                    11cv0994

- MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS BY BANK OF AMERICA, N.A.
- ORDER GRANTING MOTION TO DISMISS BY DEFENDANT BANK OF AMERICA, N.A.
- PROOF OF SERVICE

was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for plaintiff, David E. Nemeth, Jr., WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P., 2040 Main Street - Suite 300, Irvine, California 92614.  Pursuant to CivLR 5.4, this notification constitutes service on the above-named party.

| | |
|---|---|
| Dated: June 6, 2011 | KING & SPALDING LLP<br><br>By:  */s/Oliver Q. Dunlap*<br>       OLIVER Q. DUNLAP<br>101 Second St., Suite 2300<br>San Francisco, CA 94105<br>E-mail: odunlap@kslaw.com<br>Telephone: (415) 318-1271<br>Facsimile: (415) 318-1300<br><br>*Of Counsel*<br>MICHAEL J. CIATTI<br>PATRICIA L. MAHER<br>KING & SPALDING LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006-4706<br>E-mail: mciatti@kslaw.com<br>E-mail: pmaher@kslaw.com<br>Telephone:  (202) 737-0500<br>Facsimile:  (202) 626-3737<br><br>Attorneys for Defendant<br><br>BANK OF AMERICA, N.A. |