UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$42,593.00 in U.S. CURRENCY,<br><br>Defendant. | Civil No.   10-cv-994-W (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On June 28, 2011, the Court held a Mandatory Settlement Conference. Appearing before the Court were: Michael Running, Esq., counsel for Plaintiff; and Rick Barnett, Esq., counsel for Defendant. The case settled.

Accordingly, IT IS HEREBY ORDERED:

1.    A Joint Motion for Judgment of Forfeiture shall be submitted to the Honorable Thomas J. Whelan on or before **July 14, 2011**. A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by email to efile_porter@casd.uscourts.gov.

2.    If a Joint Motion for Judgment of Forfeiture is not submitted on or before July 14, 2011, then a Settlement Disposition Conference shall be held on **July 15, 2011**, at **9:45 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel shall use the Court's conferencing system:

Conference number:  1 (888) 684-8852
Access code:              7923839
Passcode:                  1275

//

1    3.    If a Joint Motion for Judgment of Forfeiture is received on or before July 14, 2011,

2    the Settlement Disposition Conference shall be VACATED without further court order.

3    **IT IS SO ORDERED.**

4    DATED: June 30, 2011

5

6                                                          LOUISA S PORTER
                                                          United States Magistrate Judge

7

8    cc:        The Honorable Thomas J. Whelan
                All parties

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28