OLIVER Q. DUNLAP (CA Bar No. 225566)
KING & SPALDING LLP
101 Second St., Suite 2300
San Francisco, CA 94105
E-mail: odunlap@kslaw.com
Telephone: (415) 318-1271
Facsimile: (415) 318-1300

*Of Counsel*
MICHAEL J. CIATTI
PATRICIA L. MAHER
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006-4706
E-mail: mciatti@kslaw.com
E-mail: pmaher@kslaw.com
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KINSELL, NEWCOMB & DE DIOS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A., et al.,**<br><br>**Defendants.** | Case No. 3:11-cv-00994-JAH-WMC<br><br>**DECLARATION OF MICHAEL J. CIATTI IN SUPPORT OF BANK OF AMERICA, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

I, MICHAEL J. CIATTI, hereby declare and state as follows:

1. I am counsel for Bank of America, N.A. ("Bank of America") in this action, and in the

1

1 | case *In re Municipal Derivatives Antitrust Litig.*, MDL Docket No. 1950, Master Docket No. 08-2516 (S.D.N.Y.) ("the MDL court").

2. In January 2011, in-house counsel at Bank of America forwarded to me a copy of a letter to Bank of America from counsel for Kinsell, Newcomb & De Dios, Inc. ("KND"), with an enclosed complaint that named Bank of America, N.A. and CDR Financial Products, Inc., f/k/a Chambers, Dunhill, Rubin & Co. as defendants. The letter and the enclosed complaint are attached to this Declaration as Exhibit 1.

3. On April 8, 2011, I received via electronic mail from counsel for KND a copy of the complaint KND filed against Bank of America in the Superior Court of California, County of San Diego, North County Division.

4. Also attached to the April 8, 2011 electronic mail with KND's complaint was a letter dated April 6, 2011 from counsel for KND, Mark A. Sgarlata, to Assistant Attorney General Christine A. Varney, Antitrust Division, Department of Justice, with copies to the offices of the 20 state Attorneys General who participated in the December 7, 2011 Settlement Agreement with Bank of America. Attached as Exhibit 2 to this Declaration is a true and correct copy of that letter.

5. KND did not seek to remand this action by June 6, 2011.

I declare under the laws of the United States of America that the foregoing is true and correct.

DATED: July 8, 2011

_____
MICHAEL J. CIATTI