OLIVER Q. DUNLAP (CA Bar No. 225566)
KING & SPALDING LLP
101 Second St., Suite 2300
San Francisco, CA 94105
E-mail: odunlap@kslaw.com
Telephone: (415) 318-1271
Facsimile: (415) 318-1300

*Of Counsel*
MICHAEL J. CIATTI
PATRICIA L. MAHER
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006-4706
E-mail: mciatti@kslaw.com
E-mail: pmaher@kslaw.com
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KINSELL, NEWCOMB & DE DIOS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BANK OF AMERICA, N.A., et al.,**<br><br>**Defendants.** | **Case No. 3:11-cv-00994-JAH-WMC**<br><br>**CERTIFICATE OF SERVICE** |

I, Oliver Q. Dunlap, hereby certify that pursuant to CivLR 5.4, a true and correct copy of the following:

- **BANK OF AMERICA, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT;**

- **DECLARATION OF MICHAEL J. CIATTI IN SUPPORT OF BANK OF AMERICA, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (WITH ATTACHMENTS); AND**

- **BANK OF AMERICA, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND TO STATE COURT**

was sent to counsel for plaintiff, David E. Nemeth, Jr., WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P., 2040 Main Street - Suite 300, Irvine California, 92614 via the Notice of Electronic Filing (NEF) generated by the Court's Electronic Filing System and a courtesy copy via electronic mail.

DATED: July 11, 2011

KING & SPALDING LLP

By: *s/ Oliver Q. Dunlap*
    OLIVER Q. DUNLAP
101 Second St., Suite 2300
San Francisco, CA 94105
E-mail: odunlap@kslaw.com
Telephone: (415) 318-1271
Facsimile: (415) 318-1300
    CA Bar No. 225566