UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSELL, NEWCOMB & DE DIOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No. 3:11-cv-00994-JAH-WMC<br><br>ORDER VACATING HEARING DATE |

After a review of the pleadings and relevant exhibits submitted by the parties, this Court finds plaintiff's motion to remand and motion for leave to file amended complaint [docs. #14, 15] suitable for disposition without oral argument.  *See* CivLR 7.1(d.1).  Accordingly, IT IS HEREBY ORDERED that the date of July 25, 2011 set for hearing plaintiff's motions is VACATED.  This Court will issue its ruling on the motion in due course.

DATED: July 20, 2011

JOHN A. HOUSTON
United States District Judge

1