1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GOODWIN PROCTER LLP**
Chad R. Fuller (CSB No. 190830)
cfuller@goodwinprocter.com
4365 Executive Drive, 3rd Floor
San Diego, CA 92121
Telephone: 858.202.2712
Facsimile: 858.457.1255

Attorneys for Defendant
BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSELL, NEWCOMB & DE DIOS, INC., a California Corporation,<br><br>             Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA, N.A. et al.,<br><br>             Defendants. | Case No.:  3:11-cv-00994-JAH (WHC)<br><br>**NOTICE OF APPEARANCE OF CHAD R. FULLER ON BEHALF OF BANK OF AMERICA, N.A.**<br><br>Judge:     John A. Houston |

LIBA/2212185.1

1

## NOTICE OF APPEARANCE

2          TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND

3    THEIR COUNSEL OF RECORD HEREIN:

4          **PLEASE TAKE NOTICE** of the appearance of Chad R. Fuller of the firm of Goodwin

5    Procter LLP, as counsel of record and on behalf Bank of America, N.A.  It is respectfully

6    requested that copies of all notices, pleadings, orders, or other documents pertaining to the above-

7    entitled matter should be sent to counsel at the address below:

8                         Chad R. Fuller (CSB No. 190830)
                          cfuller@goodwinprocter.com
9                         4365 Executive Drive, 3rd Floor
                          San Diego, CA 92121
10                        Telephone: 858.202.2712
                          Facsimile: 858.457.1255
11

12         Chad R. Fuller is licensed to practice law in the State of California, is a member in good

13   standing of the California State Bar, and is admitted to practice before the United States District

14   Court for the Southern District of California.

15
     Dated: August 22, 2011                        GOODWIN PROCTER LLP
16

17
                                                    By:  /s/ Chad R. Fuller
18                                                       Chad R. Fuller
                                                         cfuller@goodwinprocter.com
19                                                       Goodwin Procter LLP
                                                         4365 Executive Drive, 3rd Floor
20                                                       San Diego, CA 92121
                                                         Telephone: 858.202.2712
21                                                       Facsimile: 858.457.1255

22                                                  Attorneys for Defendants Bank of America,
                                                    N.A.
23

24

25

26

27

28
LIBA/2212185.1

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on August 22, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ Chad R. Fuller
Chad R. Fuller

NOTICE OF APPEARANCE
CASE NO. 3:11-CV-00994-JAH (WMC)

LIBA/2212185.1