1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KINSELL, NEWCOMB & DE DIOS, INC.,** | |
| **Plaintiff,** | **Case No. 3:11-cv-00994-JAH-WMC** |
| **v.** | |
| **BANK OF AMERICA, N.A., et al.,** | **ORDER VACATING HEARING DATE** |
| **Defendants.** | |

        After a review of the pleadings and relevant exhibits submitted by the parties, this Court finds defendant's motion to dismiss (Dkt. No. 13) suitable for disposition without oral argument. *See* CivLR 7.1(d.1).   Accordingly, IT IS HEREBY ORDERED that the date set to hear defendant's motion, September 6, 2011, is VACATED.  This Court will issue its ruling on the motion in due course.

DATED: August 31, 2011

_____
JOHN A. HOUSTON
United States District Judge