11CV994 JAH (WMC)

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

Michael J. Ciatti
King & Spalding, LLP
1700 Pennsylvania Avenue N.W.
Washington, DC 20005

NIXIE        207    DE 1        00 01/18/12

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC:  92101892955        *0817-09412-18-26

**RETURNED MAIL**
L.R. 83.3.e requires prompt
notification to the court of
any change of address.
Date: _____

**FILED**

JAN 24 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY